IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN POINDEXTER                                                                              PLAINTIFF

VS.                                           Civil No. 4:11-cv-4115

PATROLMAN GREGORY HARPER                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 12, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 13) be granted and Plaintiff's Complaint be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion for Summary Judgment (ECF No. 13) should be and hereby is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of March, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge